```
 1  COZEN O'CONNOR
    Kevin D. Bush (120480)
 2  501 West Broadway, Suite 1610
    San Diego, CA  92101
 3  800.782.3366/FAX 619.234.7831

 4  Attorneys for Plaintiffs
    GOLDEN GATE BRIDGE HIGHWAY AND
 5  TRANSPORTATION DISTRICT and
    LEXINGTON INSURANCE COMPANY
 6
    EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
 7  James J. Tamulski (64880)
    Talcott N. Bates (245374)
 8  49 Stevenson Street, Suite 400
    San Francisco, CA  94105
 9  415.227.9455/FAX 415.227.4255

10  Attorneys for Defendant and Third-Party Plaintiff
    BLUE & GOLD FLEET, LP
11
    LECLAIRRYAN LLP
12  Peter M. Hart (107920)
    44 Montgomery Street, 18th Floor
13  San Francisco, CA 94104
    415.391.7111/FAX 415.391.8766
14
    Attorneys for Third-Party Defendant
15  ROLLS-ROYCE NAVAL
    MARINE, INC. as successor to
16  BIRD JOHNSON
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT, a public entity; and LEXINGTON INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE AND GOLD FLEET, INC., a California corporation; BLUE AND GOLD FLEET, L.P., a Delaware limited partnership,<br><br>Defendants. | Case No.: C10-2387 SC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO COMPLETE ADR PROCESS** |

WHEREAS pursuant to the Court's Order Selecting ADR Process, dated August 24, 2010, the parties currently have until January 21, 2011 to complete mediation;

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 1 -
STIPULATION AND PROPOSED ORDER RE ADR PROCESS
USDC Northern Case No.: C10-2387 SC

1. WHEREAS Blue & Gold Fleet, LP filed a Third Party Complaint against Rolls Royce Naval Marine, Inc., Bird-Johnson Company, and Sound Propeller Services on September 3, 2010;

WHEREAS Third-Party Defendant Sound Propeller Services has not yet appeared in the case;

WHEREAS the parties agree that the deadline to complete the ADR process should be continued so as to allow more time for all parties to appear and – hopefully – engage in settlement discussions;

IT IS HEREBY STIPULATED and agreed that the date by which to complete mediation shall be extended three months from January 21, 2011, to April 22, 2011.

DATED: January 14, 2011        COZEN O'CONNOR

By_____/s/ Kevin D. Bush_____
    Kevin D. Bush
Attorneys for Plaintiffs GOLDEN GATE BRIDGE
HIGHWAY AND TRANSPORTATION DISTRICT and
LEXINGTON INSURANCE COMPANY


DATED: January 14, 2011        EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By_____/s/ Talcott N. Bates_____
    James J. Tamulski
    Talcott N. Bates
Attorneys for Defendant and Third-Party Plaintiff BLUE &
GOLD FLEET, LP


DATED: January 14, 2011        LECLAIRRYAN LLP

By_____/s/ Peter M. Hart_____
    Peter M. Hart
Attorneys for Third-Party Defendant ROLLS-ROYCE
NAVAL MARINE, INC. as successor to BIRD JOHNSON

**CERTIFICATE OF SIGNATURES**

I, Talcott N. Bates, attest that the content of this document is acceptable to Kevin D. Bush and Peter M. Hart, and that they authorized me to sign the document on their behalf.

By_____/s/ Talcott N. Bates_____
    Talcott N. Bates

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 2 -

STIPULATION AND PROPOSED ORDER RE ADR PROCESS
USDC Northern Case No.:  C10-2387 SC

**ORDER**

Good cause appearing therefore, IT IS HEREBY ORDERED THAT:

The date by which to complete mediation shall be extended three months from January 21, 2011, to April 22, 2011.

DATED: 1/18/11                                    By 

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 3 -

STIPULATION AND PROPOSED ORDER RE ADR PROCESS
USDC Northern Case No.:  C10-2387 SC