1  COZEN O'CONNOR
   Kevin D. Bush (120480)
2  501 West Broadway, Suite 1610
   San Diego, CA 92101
3  800.782.3366/FAX 619.234.7831

4  Attorneys for Plaintiffs
   GOLDEN GATE BRIDGE HIGHWAY AND
5  TRANSPORTATION DISTRICT and
   LEXINGTON INSURANCE COMPANY
6
   EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
7  James J. Tamulski (64880)
   Talcott N. Bates (245374)
8  49 Stevenson Street, Suite 400
   San Francisco, CA 94105
9  415.227.9455/FAX 415.227.4255

10 Attorneys for Defendant and Third-Party Plaintiff
   BLUE & GOLD FLEET, LP
11
   LECLAIRRYAN LLP
12 Peter M. Hart (107920)
   44 Montgomery Street, 18th Floor
13 San Francisco, CA 94104
   415.391.7111/FAX 415.391.8766
14
   Attorneys for Third-Party Defendant
15 ROLLS-ROYCE NAVAL
   MARINE, INC. as successor to
16 BIRD JOHNSON

17 Geoffrey Robb
   Marisa G. Huber
18 GIBSON ROBB & LINDH LLP
   100 First Street, 27th Floor
19 San Francisco, CA 94105
   Tel. 415-348-6000
20 Fax 348-6001
   Attorneys for Third-Party Defendant
21 SOUND PROPELLER SERVICES, INC.

22                    UNITED STATES DISTRICT COURT

23                   NORTHERN DISTRICT OF CALIFORNIA

24 GOLDEN GATE BRIDGE HIGHWAY        Case No.: C10-2387 SC
   AND TRANSPORTATION DISTRICT, a
25 public entity; and LEXINGTON      **STIPULATION AND** ~~PROPOSED~~
   INSURANCE COMPANY, a corporation, **ORDER FOR EXTENSION OF TIME**
26                                   **TO COMPLETE ADR PROCESS**
                 Plaintiff,
27
        vs.
28

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 1 -
STIPULATION AND PROPOSED ORDER RE ADR PROCESS
USDC Northern Case No.: C10-2387 SC

| | |
|---|---|
| BLUE AND GOLD FLEET, INC., a California corporation; BLUE AND GOLD FLEET, L.P., a Delaware limited partnership, | |
| Defendants. | |
| AND RELATED CROSS-ACTION | |

WHEREAS pursuant to the Court's Order of January 18, 2011, the parties currently have until April 22, 2011 to complete mediation;

WHEREAS Sound Propeller Services filed a Counter-Claim and Cross-Claim against Blue & Gold Fleet, LP and Rolls Royce Naval Marine, Inc., Bird-Johnson Company on January 26, 2011;

WHEREAS the parties agree that the deadline to complete the ADR process should be continued so as to allow the parties the opportunity to conduct discovery and engage in settlement discussions;

IT IS HEREBY STIPULATED and agreed that the date by which to complete mediation shall be extended four months from April 22, 2011, to August 22, 2011.

DATED: April 1, 2011        COZEN O'CONNOR

By_____/s/ Kevin D. Bush_____
        Kevin D. Bush
Attorneys for Plaintiffs GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT and LEXINGTON INSURANCE COMPANY

DATED: April 1, 2011        EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By_____/s/ Talcott N. Bates_____
        James J. Tamulski
        Talcott N. Bates
Attorneys for Defendant and Third-Party Plaintiff BLUE & GOLD FLEET, LP

EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

STIPULATION AND PROPOSED ORDER RE ADR PROCESS
USDC Northern Case No.: C10-2387 SC

DATED:  April 1, 2011          LECLAIRRYAN LLP

By_____/s/ Peter M. Hart_____
       Peter M. Hart
Attorneys for Third-Party Defendant ROLLS-ROYCE NAVAL MARINE, INC. as successor to BIRD JOHNSON

DATED:  April 1, 2011          GIBSON ROBB & LINDH LLP

By_____/s/ Geoffrey Robb_____
       Geoffrey Robb
Attorneys for Third-Party Defendant SOUND PROPELLER SERVICES, INC.

### CERTIFICATE OF SIGNATURES

    I, Talcott N. Bates, attest that the content of this document is acceptable to Kevin D. Bush, Peter M. Hart, and Geoffrey Robb, and that they authorized me to sign the document on their behalf.

By_____/s/ Talcott N. Bates_____
       Talcott N. Bates

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

STIPULATION AND PROPOSED ORDER RE ADR PROCESS
USDC Northern Case No.:  C10-2387 SC

**ORDER**

Good cause appearing therefore, IT IS HEREBY ORDERED THAT:

The date by which to complete mediation shall be extended four months from April 22, 2011, to August 22, 2011.

DATED: 4/5/11                By 
                              The Honorable Samuel Conti

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 4 -

STIPULATION AND PROPOSED ORDER RE ADR PROCESS
USDC Northern Case No.: C10-2387 SC