| | |
|---|---|
| 1 | KEVIN D. BUSH |
|   | California Bar No. 120480 |
| 2 | COZEN O'CONNOR |
|   | 501 West Broadway, Suite 1610 |
| 3 | San Diego, CA  92101 |
|   | Telephone: 800.782.3366 |
| 4 | Facsimile: 619.234.7831 |
| 5 | Attorneys for Plaintiffs |
|   | GOLDEN GATE BRIDGE HIGHWAY AND |
| 6 | TRANSPORTATION DISTRICT and LEXINGTON |
|   | INSURANCE COMPANY |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT, a public entity; and LEXINGTON INSURANCE COMPANY, a corporation, | | Case No.:  CV 10-02387 SC |
| | | **STIPULATION AND ~~PROPOSED~~ ORDER RE CHANGE IN DATE OF CASE MANAGEMENT CONFERENCE** |
| Plaintiffs, | | |
| v. | | |
| BLUE AND GOLD FLEET, INC., a California corporation; BLUE & GOLD FLEET, L.P., a Delaware limited partnership, | | DATE: APRIL 29, 2011 TIME: 10:00 A.M. CTRM: 1 |
| Defendants. | | |

WHEREAS, pursuant to the Court's Order rescheduling the Case Management Conference from September 3, 2010, to April 29, 2011.

WHEREAS, counsel for Plaintiffs has a personal calendaring conflict with the April 29, 2011, date presently set for the conference, and is unavailable on that date.

WHEREAS, the parties agree to continue the conference to June 24, 2011, and to have an attorney personally present who is listed on the signature block of this Stipulation.

WHEREAS, the parties agree and acknowledge that this will be the final continuance for the Case Management Conference.

////

////

1

STIPULATION RE CHANGE IN DATE OF CASE MANAGEMENT CONFERENCE

1  IT IS HEREBY STIPULATED AND AGREED that the April 29, 2011, Case Management Conference shall be continued to June 24, 2011, and that the parties shall file a Joint Case Management Conference Statement seven days prior to the conference.

DATED: April 19, 2011				COZEN O'CONNOR

						By: /s/ KEVIN D. BUSH
						    KEVIN D. BUSH
						    Attorneys for Plaintiffs
						    GOLDEN GATE BRIDGE HIGHWAY AND
						    TRANSPORTATION DISTRICT

DATED: April 19, 2011				EMARD DANOFF PORT TAMULSKI &
						PAETZOLD LLP

						By: /s/ JAMES M. TAMULSKI
						    JAMES J. TAMULSKI
						    TALCOTT N. BATES
						    Attorneys for Defendant
						    BLUE & GOLD FLEET, LP

DATED: April 19, 2011				LECLAIRRYAN, LLP

						By: /s/ PETER M. HART
						    PETER M. HART
						    RACHEL WINTTERLE
						    Attorneys for Third-Party Defendant
						    ROLLS-ROYCE NAVAL MARINE, INC., as
						    successor to Bird Johnson

DATED: April 19, 2011				GIBSON ROBB & LINDH, LLP

						By: /s/ MARISA G. HUBER
						    GEOFFREY ROBB
						    MARISA G. HUBER
						    Attorneys for Third-Party Defendant
						    SOUND PROPELLER SERVICES, INC.

IT IS SO ORDERED.

DATED: April 19, 2011				By: _____
						    SAMUEL CONTI
						    UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Samuel Conti* (court seal)

SAN_DIEGO\569851\1

2
STIPULATION RE CHANGE IN DATE OF CASE MANAGEMENT CONFERENCE