1   PETER M. HART (SBN 107920)
    Peter.hart@leclairryan.com
2   LECLAIRRYAN LLP
    44 Montgomery Street, 18th Floor
3   San Francisco, CA 94104
    Tel: 415-391-7111
4   Fax: 415-391-8766

5   Attorneys for Third Party Defendant
    ROLLS-ROYCE NAVAL
6   MARINE, INC.

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12 | GOLDEN GATE BRIDGE HIGHWAY AND | CASE NO. C 10-2387 SC |
| TRANSPORTATION DISTRICT, a public | |

13 entity; and LEXINGTON INSURANCE   **STIPULATION AND** ~~**PROPOSED**~~
COMPANY, a corporation,   **ORDER FOR EXTENSION OF TIME**
                      **TO COMPLETE ADR PROCESS**

14          Plaintiffs,

15      v.

16   BLUE & GOLD FLEET, INC., a California
    Corporation; BLUE & GOLD FLEET, L.P., a
17   Delaware limited partnership

18          Defendants.

19   AND RELATED CROSS-ACTION

20

21       WHEREAS pursuant to the Court's Order of April 5, 2011, the parties currently have until

22   August 22, 2011 to complete mediation;

23       WHEREAS the parties to this action filed a Joint Case Management Statement and Rule

24   26(f) Statement on June 17, 2011;

25       WHEREAS the parties agree that the deadline to complete the ADR process should be

26   continued so as to allow the parties the opportunity to conduct additional discovery regarding

27   third party practice issues that the third parties desire to conduct relating to these issues;

28

1    IT IS HEREBY STIPULATED and agreed that the date by which to complete mediation

2  shall be extended until November 30, 2011.

3  Dated: August 16, 2011          LECLAIRRYAN LLP

4                                  By:        /s/
                                             _____
5                                            PETER M. HART

6                                  Attorneys for Third Party Defendant
                                   ROLLS-ROYCE NAVAL MARINE, INC.
7                                  as successor to BIRD JOHNSON

8  Dated: August 16, 2011          COZEN O'CONNOR

9                                  By:        /s/
                                             _____
10                                           Kevin D. Bush

11                                 Attorneys for Plaintiffs
                                   GOLDEN GATE BRIDGE HIGHWAY AND
12                                 TRANSPORTATION DISTRICT and
                                   LEXINGTON INSURANCE COMPANY
13

14  Dated: August 16, 2011         EMARD DANOFF PORT TAMULSKI & PAETZOLD,
                                   LLP
15
                                   By:        /s/
16                                           _____
                                             James Joseph Tamulski
17                                           Talcott N. Bates

18                                 Attorneys for Defendant and Third-Party Plaintiff
                                   BLUE AND GOLD FLEET, LP
19

20  Dated: August 16, 2011         GIBSON ROBB & LINDH, LLP

                                   By:        /s/
21                                           _____
                                             Geoffrey Robb
22                                           Marisa G. Huber

23                                 Attorneys for Third-Party Defendant
                                   SOUND PROPELLER SERVICES, INC.
24

25              **CERTIFICATE OF SIGNATURE**

26      I, Peter M. Hart, attest that the content of this document is acceptable to all parties, and
    that all counsel have authorized me to sign the document on their behalf.
27
    By:                                       /s/
28                                           _____
                                             PETER M. HART

1

**ORDER**

2    Good cause appearing therefore, PURSUANT TO STIPULATION, IT IS SO

3 ORDERED:

4    The date by which to complete mediation shall be extended until November 30, 2011.

5

6

7

8 DATED: _8/22/11_ 

9                                                          _____

10                                                          The Honorable Samuel Conti

11                                                          United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3
STIPULATION FOR EXTENSION OF TIME TO COMPLETE ADR PROCESS
U.S.D.C Case No. Civ. C 10-3287 SC

1

## CERTIFICATE OF SERVICE

2    I hereby certify that on August 16, 2011, I electronically filed the foregoing with the
Clerk of the Court using CM/ECF system which will send a notification of electronic filing to the
3    following CM/ECF:

4    **Kevin Dale Bush**
Cozen & O'Connor
5    501 W Broadway #1610
San Diego, CA 92101
6    619-234-1700
7    Fax: 619-234-7831
Email: kbush@cozen.com

8

9    **James Joseph Tamulski**
Emard Danoff Port Tamulski &
Paetzold LLP
10   49 Stevenson Street, Suite 400
San Francisco, CA 94105
11   415-227-9455
12   Email: jtamulski@edptlaw.com
*LEAD ATTORNEY*
13   *ATTORNEY TO BE NOTICED*

14
**Talcott Neal Bates**
15   Emard Danoff Port Tamulski &
Paetzold LLP
16   49 Stevenson Street, Suite 400
San Francisco, CA 94105
17   415-227-9455
Fax: 415-227-4255
18   Email: tbates@edptlaw.com

19
**Marisa G. Huber**
20   Gibson Robb & Lindh LLP
201 Mission Street,  Suite 2700
21   San Francisco, CA 94105
415-979-2344
22   Fax: 415-348-6001
Email: mhuber@gibsonrobb.com
23
                                    Respectfully Submitted by,
24
                              By:    _____
25                                        /s/
                                    PETER M. HART (SBN 107920)
26                                  Peter.hart@leclairryan.com
                                    LECLAIRRYAN LLP
27                                  44 Montgomery Street, 18th Floor
                                    San Francisco, CA 94104
                                    Tel: 415-391-7111
28                                  Fax: 415-391-8766

STIPULATION FOR EXTENSION OF TIME TO COMPLETE ADR PROCESS
U.S.D.C Case No. Civ. C 10-3287 SC