Peter M. Hart (SBN 107920)
Peter.hart@leclairryan.com
Michele C. Kirrane (SBN 215448)
LECLAIRRYAN LLP
44 Montgomery Street, 18th Floor
San Francisco, CA 94104
Tel: 415-391-7111
Fax: 415-391-8766

Attorneys for Third Party Defendant
ROLLS-ROYCE NAVAL
MARINE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT, a public entity; and LEXINGTON INSURANCE COMPANY, a corporation, | CASE NO. C 10-2387 SC |
| Plaintiffs, | **STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO COMPLETE ADR PROCESS** |
| v. | |
| BLUE & GOLD FLEET, INC., a California Corporation; BLUE & GOLD FLEET, L.P., a Delaware limited partnership | |
| Defendants. | |

AND RELATED CROSS-ACTION

WHEREAS pursuant to the Court's Order of April 5, 2011, the parties currently have until November 30, 2011 to complete mediation;

WHEREAS the parties to this action filed a Joint Case Management Statement and Rule 26(f) Statement on June 17, 2011;

WHEREAS the parties agree that the deadline to complete the ADR process should be continued so as to allow the parties the opportunity to conduct additional discovery regarding third party practice issues that the third parties desire to conduct relating to these issues;

1    IT IS HEREBY STIPULATED and agreed that the date by which to complete mediation

2   shall be extended until December 30, 2011.  Mediation is scheduled to take place on December

3   12, 2011.

4   Dated: November 22, 2011            LECLAIRRYAN LLP

5                                       By:        /s/
                                        _____
6                                           PETER M. HART

7                                           Attorneys for Third Party Defendant
                                            ROLLS-ROYCE NAVAL MARINE, INC.
8                                           as successor to BIRD JOHNSON

9   Dated: November 22, 2011            COZEN O'CONNOR

10                                      By:        /s/
                                        _____
11                                          Kevin D. Bush

12                                          Attorneys for Plaintiffs
                                            GOLDEN GATE BRIDGE HIGHWAY AND
13                                          TRANSPORTATION DISTRICT and
                                            LEXINGTON INSURANCE COMPANY
14

15  Dated: November 22, 2011            EMARD DANOFF PORT TAMULSKI & PAETZOLD,
                                        LLP
16
                                        By:        /s/
17                                      _____
                                            James Joseph Tamulski
18                                          Talcott N. Bates

19                                          Attorneys for Defendant and Third-Party Plaintiff
                                            BLUE AND GOLD FLEET, LP
20

21  Dated: November 22, 2011            GIBSON ROBB & LINDH, LLP

22                                      By:        /s/
                                        _____
23                                          Geoffrey Robb
                                            Marisa G. Huber
24                                          Attorneys for Third-Party Defendant
                                            SOUND PROPELLER SERVICES, INC.
25

26  ///
    ///
27  ///
    ///
28  ///

STIPULATION FOR EXTENSION OF TIME TO COMPLETE ADR PROCESS
U.S.D.C Case No. Civ. C 10-3287 SC

**CERTIFICATE OF SIGNATURE**

I, Peter M. Hart, attest that the content of this document is acceptable to all parties, and that all counsel have authorized me to sign the document on their behalf.

By: _____/s/_____

PETER M. HART

**ORDER**

Good cause appearing therefore, PURSUANT TO STIPULATION, IT IS SO ORDERED:

The date by which to complete mediation shall be extended until December 30, 2011.

DATED: __11/22/11__

IT IS SO ORDERED

Judge Samuel Conti

The _____ Conti

United _____ Judge

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2011, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send a notification of electronic filing to the following CM/ECF:

**Kevin Dale Bush**
Cozen & O'Connor
501 W Broadway #1610
San Diego, CA 92101
619-234-1700
Fax: 619-234-7831
Email: kbush@cozen.com

**James Joseph Tamulski**
Emard Danoff Port Tamulski &
Paetzold LLP
49 Stevenson Street, Suite 400
San Francisco, CA 94105
415-227-9455
Email: jtamulski@edptlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Talcott Neal Bates**
Emard Danoff Port Tamulski &
Paetzold LLP
49 Stevenson Street, Suite 400
San Francisco, CA 94105
415-227-9455
Fax: 415-227-4255
Email: tbates@edptlaw.com

**Marisa G. Huber**
Gibson Robb & Lindh LLP
201 Mission Street,  Suite 2700
San Francisco, CA 94105
415-979-2344
Fax: 415-348-6001
Email: mhuber@gibsonrobb.com

Respectfully Submitted by,

By:      /s/
PETER M. HART (SBN 107920)
Peter.hart@leclairryan.com
LECLAIRRYAN LLP
44 Montgomery Street, 18th Floor
San Francisco, CA 94104
Tel: 415-391-7111
Fax: 415-391-8766