Peter M. Hart (SBN 107920)
Peter.hart@leclairryan.com
Michele C. Kirrane (SBN 215448)
LECLAIRRYAN LLP
44 Montgomery Street, 18th Floor
San Francisco, CA 94104
Tel: 415-391-7111
Fax: 415-391-8766

Attorneys for Third Party Defendant
ROLLS-ROYCE NAVAL
MARINE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT, a public entity; and LEXINGTON INSURANCE COMPANY, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE & GOLD FLEET, INC., a California Corporation; BLUE & GOLD FLEET, L.P., a Delaware limited partnership<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION | CASE NO. C 10-2387 SC<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER FOR EXTENSION OF TIME TO COMPLETE ADR PROCESS** |

WHEREAS pursuant to the Court's Order of April 5, 2011, the parties currently have until November 30, 2011 to complete mediation;

WHEREAS the parties to this action filed a Joint Case Management Statement and Rule 26(f) Statement on June 17, 2011;

WHEREAS the parties agree that the deadline to complete the ADR process should be continued so as to allow the parties the opportunity to conduct additional discovery regarding third party practice issues that the third parties desire to conduct relating to these issues;

---

1
STIPULATION FOR EXTENSION OF TIME TO COMPLETE ADR PROCESS
U.S.D.C Case No. Civ. C 10-3287 SC

1  IT IS HEREBY STIPULATED and agreed that the date by which to complete mediation
2  shall be extended until December 30, 2011. Mediation is scheduled to take place on December
3  12, 2011.

4  Dated: November 22, 2011          LECLAIRRYAN LLP

5                                    By:      /s/
                                      PETER M. HART
6

7                                     Attorneys for Third Party Defendant
                                      ROLLS-ROYCE NAVAL MARINE, INC.
8                                     as successor to BIRD JOHNSON

9  Dated: November 22, 2011          COZEN O'CONNOR

10                                   By:      /s/
                                      Kevin D. Bush
11

12                                   Attorneys for Plaintiffs
                                      GOLDEN GATE BRIDGE HIGHWAY AND
13                                    TRANSPORTATION DISTRICT and
                                      LEXINGTON INSURANCE COMPANY
14

15 Dated: November 22, 2011          EMARD DANOFF PORT TAMULSKI & PAETZOLD,
                                      LLP
16
                                      By:      /s/
17                                    James Joseph Tamulski
                                      Talcott N. Bates
18

19                                   Attorneys for Defendant and Third-Party Plaintiff
                                      BLUE AND GOLD FLEET, LP
20

21 Dated: November 22, 2011          GIBSON ROBB & LINDH, LLP

22                                   By:      /s/
                                      Geoffrey Robb
23                                    Marisa G. Huber

24                                   Attorneys for Third-Party Defendant
                                      SOUND PROPELLER SERVICES, INC.
25

26 ///
   ///
27 ///
   ///
28 ///

# CERTIFICATE OF SIGNATURE

I, Peter M. Hart, attest that the content of this document is acceptable to all parties, and that all counsel have authorized me to sign the document on their behalf.

By: _____/s/_____
 PETER M. HART

# ORDER

Good cause appearing therefore, PURSUANT TO STIPULATION, IT IS SO ORDERED:

The date by which to complete mediation shall be extended until December 30, 2011.

DATED: 11/22/11       _____



The Honorable Samuel Conti
United States District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2011, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send a notification of electronic filing to the following CM/ECF:

**Kevin Dale Bush**
Cozen & O'Connor
501 W Broadway #1610
San Diego, CA 92101
619-234-1700
Fax: 619-234-7831
Email: kbush@cozen.com

**James Joseph Tamulski**
Emard Danoff Port Tamulski & Paetzold LLP
49 Stevenson Street, Suite 400
San Francisco, CA 94105
415-227-9455
Email: jtamulski@edptlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Talcott Neal Bates**
Emard Danoff Port Tamulski & Paetzold LLP
49 Stevenson Street, Suite 400
San Francisco, CA 94105
415-227-9455
Fax: 415-227-4255
Email: tbates@edptlaw.com

**Marisa G. Huber**
Gibson Robb & Lindh LLP
201 Mission Street, Suite 2700
San Francisco, CA 94105
415-979-2344
Fax: 415-348-6001
Email: mhuber@gibsonrobb.com

Respectfully Submitted by,

By: _____/s/_____
PETER M. HART (SBN 107920)
Peter.hart@leclairryan.com
LECLAIRRYAN LLP
44 Montgomery Street, 18th Floor
San Francisco, CA 94104
Tel: 415-391-7111
Fax: 415-391-8766