| | |
|---|---|
| 1 | KEVIN D. BUSH |
| | California Bar No. 120480 |
| 2 | COZEN O'CONNOR |
| | 501 West Broadway, Suite 1610 |
| 3 | San Diego, CA 92101 |
| | Telephone: 800.782.3366 |
| 4 | Facsimile: 619.234.7831 |
| 5 | Attorneys for Plaintiffs |
| | GOLDEN GATE BRIDGE HIGHWAY AND |
| 6 | TRANSPORTATION DISTRICT and LEXINGTON INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT, a public entity; and LEXINGTON INSURANCE COMPANY, a corporation, | Case No.: CV 10-02387 SC |
| | **STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL** |
| Plaintiffs, | |
| v. | |
| BLUE AND GOLD FLEET, INC., a California corporation; BLUE & GOLD FLEET, L.P., a Delaware limited partnership, | |
| Defendants. | |
| AND RELATED CROSS-ACTION. | |

20  ////
21  ////
22  ////
23  ////
24  ////
25  ////
26  ////
27  ////
28  ////

1    IT IS HEREBY STIPULATED by and between the parties to this Action, and the related
2  Third Party Actions, through their designated counsel, that the above-captioned actions in their
3  entirety be and hereby are dismissed with prejudice, each of the parties to bear their own fees and
4  costs, pursuant to FRCP 41(a)(1).

5  DATED: February 9, 2012            COZEN O'CONNOR

7                                      By:  /s/ Kevin D. Bush
                                            KEVIN D. BUSH
8                                           Attorneys for Plaintiffs
                                            GOLDEN GATE BRIDGE HIGHWAY AND
9                                           TRANSPORTATION DISTRICT AND
                                            LEXINGTON INSURANCE COMPANY
10

11 DATED: February 9, 2012            EMARD DANOFF PORT TAMULSKI &
                                      PAETZOLD, LLP
12

14                                     By:  /s/
                                            JAMES J. TAMULSKI
                                            TALCOTT N. BATES
15                                          Attorneys for Defendant and Third Party
                                            Plaintiff BLUE & GOLD FLEET, L.P.
16

17 DATED: February 9, 2012            GIBSON ROBB & LINDH LLP

19                                     By:  /s/
                                            GEOFFREY ROBB
                                            MARISA G. HUBER
20                                          Attorneys for Third Party Defendant and Third
                                            Party Plaintiff SOUND PROPELLER
21                                          SERVICES, INC.

22 DATED: February 9, 2012            LECLAIRRYAN, LLP

24                                     By:  /s/
                                            PETER M. HART
25                                          Attorneys for Third Party Defendant
                                            ROLLS-ROYCE NAVAL MARINE, INC., as
26                                          successor to BIRD JOHNSON

27

28 ////

**CERTIFICATE OF SIGNATURE**

I, Kevin D. Bush, attest that the content of this document is acceptable to all parties, and that all counsel have authorized me to sign their document on their behalf.

DATED: February 9, 2012

                            /s/ Kevin D. Bush
                            KEVIN D. BUSH

**ORDER**

Good cause appearing therefore, PURSUANT TO STIPULATION, IT IS SO ORDERED, this Action, and the related Third Party Actions, are dismissed in their entirety, with prejudice, each of the parties to bear their own fees and costs, pursuant to FRCP 41(a)(1).

DATED: 2/9/12

HONORABLE SAMUEL CONTI
JUDGE, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*

SAN_DIEGO\596485\1