| | |
|---|---|
| 1 | KEVIN D. BUSH |
| | California Bar No. 120480 |
| 2 | COZEN O'CONNOR |
| | 501 West Broadway, Suite 1610 |
| 3 | San Diego, CA  92101 |
| | Telephone: 800.782.3366 |
| 4 | Facsimile: 619.234.7831 |

Attorneys for Plaintiffs
GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT and LEXINGTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT, a public entity; and LEXINGTON INSURANCE COMPANY, a corporation, | Case No.: CV 10-02387 SC |
| | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER OF DISMISSAL** |
| Plaintiffs, | |
| v. | |
| BLUE AND GOLD FLEET, INC., a California corporation; BLUE & GOLD FLEET, L.P., a Delaware limited partnership, | |
| Defendants. | |
| AND RELATED CROSS-ACTION. | |

////
////
////
////
////
////
////
////
////

1
STIPULATION AND PROPOSED ORDER OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this Action, and the related Third Party Actions, through their designated counsel, that the above-captioned actions in their entirety be and hereby are dismissed with prejudice, each of the parties to bear their own fees and costs, pursuant to FRCP 41(a)(1).

DATED: February 9, 2012  COZEN O'CONNOR

By: /s/ Kevin D. Bush
KEVIN D. BUSH
Attorneys for Plaintiffs
GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT AND LEXINGTON INSURANCE COMPANY

DATED: February 9, 2012  EMARD DANOFF PORT TAMULSKI & PAETZOLD, LLP

By: /s/
JAMES J. TAMULSKI
TALCOTT N. BATES
Attorneys for Defendant and Third Party Plaintiff BLUE & GOLD FLEET, L.P.

DATED: February 9, 2012  GIBSON ROBB & LINDH LLP

By: /s/
GEOFFREY ROBB
MARISA G. HUBER
Attorneys for Third Party Defendant and Third Party Plaintiff SOUND PROPELLER SERVICES, INC.

DATED: February 9, 2012  LECLAIRRYAN, LLP

By: /s/
PETER M. HART
Attorneys for Third Party Defendant ROLLS-ROYCE NAVAL MARINE, INC., as successor to BIRD JOHNSON

////

**CERTIFICATE OF SIGNATURE**

I, Kevin D. Bush, attest that the content of this document is acceptable to all parties, and that all counsel have authorized me to sign their document on their behalf.

DATED: February 9, 2012

/s/ Kevin D. Bush
KEVIN D. BUSH

**ORDER**

Good cause appearing therefore, PURSUANT TO STIPULATION, IT IS SO ORDERED, this Action, and the related Third Party Actions, are dismissed in their entirety, with prejudice, each of the parties to bear their own fees and costs, pursuant to FRCP 41(a)(1).

DATED:   2/9/12

HONORABLE SAMUEL CONTI
JUDGE, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
Judge Samuel Conti

SAN_DIEGO\596485\1